UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ESTATE of LaTEEF J. DOTSON *through* :
DIANE C DOUGLAS *estate administrator* :
*and individually*, and RASHAR DIXON, :
      Plaintiffs, :
       :
      v. : No. 5:23-cv-4072
       :
GARY W. GRAY TRUCKING INC. :
and BRANDON R LOYLE, :
      Defendants. :

**O R D E R**

**AND NOW**, this 19th day of March, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion to Transfer Venue, ECF No. 34, is **GRANTED**;

2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of New Jersey, Trenton Division; and

3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge